**Order entered September 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00701-CV

### IN RE YOLANDA DICKSON

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-07790**

## ORDER

By letter dated June 25, 2019, we directed appellant to obtain a nunc pro tunc judgment which accurately reflected the date the appealed order was signed and to have it filed in a supplemental clerk's record. The supplemental clerk's record containing the nunc pro tunc judgment was filed August 28, 2019. Although the deadline for filing appellant's opening brief began to run from the filing of the supplemental clerks' record, we incorrectly informed appellant on August 30, 2019 that her brief was overdue. Accordingly, appellant may disregard our August 30th notice.

On our own motion, we **RESET** the briefing deadline and **ORDER** appellant to file her opening brief no later than October 14, 2019.

/s/    BILL WHITEHILL
        JUSTICE